Kay CAGLE, Movant v. COMMON-
WEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.
March 6, 1953.

Fritz Krueger, Somerset, for appellant.

J. D. Buckman, Jr., Atty. Gen., and Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the Russell Circuit Court from a judgment of conviction for the sale of intoxicating liquor in local option territory, and imposing a fine of $50 and confinement in jail for 30 days.

The record has been considered and no error has been found.

The judgment is affirmed.